UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 15-20436-CR-GAYLES

UNITED STATES OF AMERICA,
         Plaintiff,

V.

Jesus Garcia, Carlos Rodriguez Nerey
and Karla Garcia
         Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 10/06/2015

_____
**Chris M. McAliley**
**UNITED STATES MAGISTRATE JUDGE**